UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IRMA BLANCO, | ) |
| Plaintiff(s), | ) |
| vs | ) Case # 2:14-CV-801-JAD-CWH |
| MICHAEL F. ALLORE, et al., | ) ORDER REFERRING CASE FOR |
| Defendant(s). | ) SETTLEMENT CONFERENCE |

This case is currently stacked on the Trial Calendar of **Tuesday, December 1, 2015,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Carl W. Hoffman** for a settlement conference.

DATED this 30th day of June, 2015.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE